JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**      **Category No.** 1      **Investigating Agency** FBI

**City** Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 14mj7083-JCB
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Michael L. Babich      Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Scottsdale, AZ

**Birth date (Yr only):** 1976    **SSN (last4#):** 6109    **Sex** M    **Race:** Caucasian    **Nationality:** _____

**Defense Counsel if known:** _____      **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** K. Nathaniel Yeager and Susan M. Poswistilo    **Bar Number if applicable** 630992 (NY) and 565581(SMP)

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/6/2014      **Signature of AUSA:** _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MICHAEL L. BABICH

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 4 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     Category No.  1     Investigating Agency  FBI

**City**   Boston     Related Case Information:

**County**  Suffolk     Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  14mj7083-JCB
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Alec Burlakoff    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name** _____

**Address**   (City & State)  Charlotte, NC

**Birth date (Yr only):** 1974  **SSN (last4#):** 7502  **Sex** M  **Race:** Caucasian  **Nationality:** _____

**Defense Counsel if known:**  George Vien   **Address**  Donnelly, Conroy & Gelhaar, LLP

**Bar Number** _____   260 Franklin Street, Ste 1600
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**  K. Nathaniel Yeager and Susan M. Poswistilo    **Bar Number if applicable**  630992 (NY) and 565581(SMP)

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☐ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  12/6/2016     **Signature of AUSA:** _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ALEC BURLAKOFF

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

◎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.**  1           **Investigating Agency**  FBI

**City**  Boston                    **Related Case Information:**

**County**  Suffolk                 Superseding Ind./ Inf. _____ Case No. _____
                                    Same Defendant _____ New Defendant _____
                                    Magistrate Judge Case Number
                                    Search Warrant Case Number    14mj7083-JCB
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Richard M. Simon                     Juvenile:    ☐ Yes  ☑ No

                  Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name        _____

Address           (City & State)  1805 Sunningdale Road 27C, Seal Beach, CA

Birth date (Yr only): 1970   SSN (last4#): 0429   Sex M   Race: Caucasian   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA    K. Nathaniel Yeager and Susan M. Poswistilo    Bar Number if applicable   630992 (NY) and 565581(SMP)

Interpreter:   ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:   ☐ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ___  ☐ Misdemeanor ___  ☐ Felony ___

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   12/6/2016        Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      RICHARD M. SIMON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                   U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  1          **Investigating Agency**  FBI

**City**  Boston                    **Related Case Information:**

**County**  Suffolk                 Superseding Ind./ Inf. _____   Case No. _____
                                    Same Defendant _____   New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number   14mj7083-JCB
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Michael J. Gurry                    Juvenile:   ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   (City & State)  Scottsdale, AZ

Birth date (Yr only):  1963   SSN (last4#):  0437   Sex  M   Race:  Caucasian   Nationality: _____

**Defense Counsel if known:**   Ben T. Clements              Address  Clements and Pincault, LLP

**Bar Number**  _____                                   245 Federal St.
                                                             Boston, MA 02110

**U.S. Attorney Information:**

AUSA   K. Nathaniel Yeager and Susan M. Poswistilo   Bar Number if applicable   630992 (NY) and 565581(SMP)

Interpreter:   ☐ Yes  ☑ No        List language and/or dialect: _____

Victims:   ☐ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  12/6/2016         Signature of AUSA: _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   MICHAEL J. GURRY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      **Category No.** 1       **Investigating Agency** FBI

**City** Boston        **Related Case Information:**

**County** Suffolk      Superseding Ind./ Inf. _____  Case No. _____
                        Same Defendant _____  New Defendant _____
                        Magistrate Judge Case Number
                        Search Warrant Case Number  14mj7083-JCB
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Sunrise Lee              Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Bryon Center MI

Birth date (Yr only): 1980   SSN (last4#): 4423   Sex F   Race: Unk   Nationality: _____

Defense Counsel if known: _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   K. Nathaniel Yeager and Susan M. Poswistilo    Bar Number if applicable   630992 (NY) and 565581(SMP)

Interpreter:  ☐ Yes  ☑ No    List language and/or dialect: _____

Victims:  ☐ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:  ☑ Yes   ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☑ Indictment

Total # of Counts:   ☐ Petty    ☐ Misdemeanor    ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/6/2016    Signature of AUSA: _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    SUNRISE LEE

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Category No. __1__ Investigating Agency __FBI__

**City** __Boston__ **Related Case Information:**

**County** __Suffolk__ Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __14mj7083-JCB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSEPH A. ROWAN__ Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) 726 Bunkers Cove Rd., Panama City, FL 32401__

Birth date (Yr only): __1973__ SSN (last4#): __2311__ Sex __M__ Race: __Caucasion__ Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __K. Nathaniel Yeager and Susan M. Poswistilo__ Bar Number if applicable __630992 (NY) and 565581(SMP)__

Interpreter: ☐ Yes ☑ No List language and/or dialect: _____

Victims: ☐ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12/6/2016__ Signature of AUSA: _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSEPH A. ROWAN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____