**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

102 16025

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

FILED
IN CLERK'S OFFICE
2017 FEB 17  PM 1 35
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16cr 10343 ADB JCB |
| MICHAEL J. GURRY | ) | |
| Defendant | ) | |

RECEIVED
2016 DEC 6  PM 4 32
U.S. MARSHALS SERVICE
BOSTON, MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHAEL J. GURRY,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. sec. 1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit wire fraud.

Date: Dec. 6, 2016

*Issuing officer's signature:* Marianne B. Bowler, USMJ

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/8/2016   *Arresting officer's signature*

*Printed name and title*