UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>v. )<br> )<br>(1) MICHAEL L. BABICH )<br>(2) ALEC BURLAKOFF )<br>(3) MICHAEL J. GURRY )<br>(4) RICHARD M. SIMON )<br>(5) SUNRISE LEE )<br>(6) JOSEPH A. ROWAN )<br> )<br>    Defendants. )<br> ) | Criminal No. 16-10343-ADB |

# JOINT MOTION FOR CONTINUANCE OF DATE ON WHICH TO FILE MOTION FOR PROTECTIVE ORDER

The United States of America and Defendants, by their undersigned counsel, respectfully move this Court to grant a two-day continuance, until March 23, 2017, for filing a Motion for a Protective Order in the above-captioned case. In support of this request, the parties state that at the Interim Status Conference on March 7, 2017, the Court established a filing date of March 21, 2017 to file a Motion for a Protective Order pertaining to private identifying and health information contained in discovery produced to Defendants. The parties are attempting to reach an agreement on the Motion, and have traded proposed drafts, as well as other information. They need a very brief continuance in order to reach agreement on a joint proposal.

7781869v3

WHEREFORE, the parties request that the Court grant this motion so that a Motion for Protective Order is filed on or before March 23, 2017.

FOR THE UNITED STATES:

WILLIAM D. WEINREB
Acting U.S. Attorney

By: /s/ *Susan M. Poswistilo*
K. NATHANIEL YEAGER (630992)
SUSAN M. POSWISTILO (BBO #565581)
Assistant U.S. Attorneys
Office of the U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA 02210
NY: (617)748-3311
SMP: (617) 748-3103
nathaniel.yeager@usdoj.gov
susan.poswistilo@usdoj.gov

| | |
|---|---|
| By: /s/ Wick Sollers<br>Joseph Sedwick Sollers, III<br>wsollers@kslaw.com<br>D.C. Bar No. 370886<br>King & Spalding LLP<br>1700 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>Telephone: (202) 737-0500<br><br>William H. Kettlewell<br>wkettlewell@collorallp.com<br>BBO No. 270320<br>Collora LLP<br>100 High Street<br>Boston, MA 02110<br>Telephone: (617) 371-1037<br><br>*Attorneys for Defendant Michael L. Babich* | By: /s/ George W. Vien<br>George W. Vien<br>gwv@dcglaw.com<br>BBO No. 547741<br>Peter E. Gelhaar<br>peg@dcglaw.com<br>BBO No. 188310<br>Joshua N. Ruby<br>jnr@dcglaw.com<br>BBO No. 679113<br>Donnelly, Conroy & Gelhaar, LLP<br>260 Franklin Street, Suite 1600<br>Boston, MA 02110<br>Telephone: (617) 720-2880<br><br><br>*Attorney for Alec Burlakoff* |
| By: /s/ Lee Stein | By: /s/ Steven A. Tyrrell |

7781869v3

| | |
|---|---|
| Lee Stein<br>lee@mitchellsteincarey.com<br>AZ Bar No. 012368<br>Mitchell Stein Carey PC<br>One Renaissance Square<br>2 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>Telephone: (602) 358-0291<br><br>*Attorney for Sunrise Lee* | Steven A. Tyrell<br>steven.tyrrell@weil.com<br>D.C. Bar. No. 998795<br>Patrick J. O'Toole, Jr.<br>Patrick.otoole@weil.com<br>BBO No. 559267<br>Weil, Gotshal & Manges LLP<br>1300 Eye Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 682-7213<br><br>*Attorney for Richard M. Simon* |
| By: /s/ Robert L. Sheketoff<br>Robert L. Sheketoff<br>sheketoffr@aol.com<br>BBO No. 457340<br>Law Office of Robert Sheketoff<br>One McKinley Square<br>Boston, MA 02109<br>Telephone: (617) 367-3449<br><br>*Attorney for Joseph Rowan* | By: s/ Tracy A. Miner<br>Tracy A. Miner, BBO No. 547137<br>Demeo LLP<br>200 State Street<br>Boston MA 02109<br>Tel: (617) 263-2600<br><br>*Attorney for Michael J. Gurry* |

## Certificate of Service

I hereby certify that this document will be sent electronically via e-mail to the registered participants as identified on the Notice of Electronic Filing (NEF), and an electronic copy will be sent via email to those indicated as non-registered participants.

By: /s/ *Susan M. Poswistilo*
SUSAN M. POSWISTILO
Assistant United States Attorney

7781869v3