AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

1216028

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16cr10343ADB JCB |
| JOSEPH A. ROWAN | ) | |
| Defendant | ) | |

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2016 DEC 6 PM 4 32

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph A. Rowan
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. secs.1962(d) - racketeering conspiracy; 18 U.S.C. secs.1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Dec. 6, 2016

*Issuing officer's signature*

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/8/2016

*Arresting officer's signature*

*Printed name and title*