UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> (1) MICHAEL L. BABICH ) <br> (2) ALEC BURLAKOFF ) <br> (3) MICHAEL J. GURRY ) <br> (4) RICHARD M. SIMON ) <br> (5) SUNRISE LEE ) <br> (6) JOSEPH A. ROWAN ) <br>       Defendants. ) <br> ) | CRIMINAL NO. 16-10343-ADB |

## UNITED STATES' MOTION FOR ALTERNATIVE VICTIM NOTIFICATION

The United States of America, by its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, moves this court, pursuant to 18 U.S.C. § 3771(d)(2), for authorization to use alternative victim notifications procedures, in light of the large number of possible victims in this case who cannot be readily identified. In support of this motion, the government states the following:

1. Under 18 U.S.C. § 3771, crime victims have various rights, among them the right to "reasonable, accurate, and timely notice" of court proceedings. 18 U.S.C. § 3771(a). The statute defines a crime victim as "a person directly and proximately harmed as a result of the commission of a Federal offense," 18 U.S.C. § 3771(e), and recognizes that, for crimes involving multiple victims, the Court has discretion to adopt procedures that will not unduly interfere with ongoing criminal proceedings:

> In a case where the Court finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (a), the Court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings.

18 U.S.C. § 3771(d)(2).

2. This case alleges wrongdoing by Defendants, who are ex-executives and/or ex-managers of a pharmaceutical company. The indictment alleges, *inter alia,* that Defendants sought to deprive patients of their right to honest services from their physicians by paying bribes to practitioners in exchange for prescribing a Fentanyl product manufactured by the company. The Indictment also alleges that Defendants defrauded insurers regarding the symptoms and diagnoses for which the Fentanyl product had purportedly been prescribed in order to obtain payment for it.

3. Given the nature of the charges, arguably, any patient prescribed the product by a prescriber who was taking bribes from Defendants, as well as all payers that required prior authorization of the drug and eventually paid for it based on the fraud by the company representatives are victims. The United States does not know precisely how many of these patients and entities would qualify as victims if the government prevailed at trial and, even if the government could calculate a figure at this point, it would be impossible to give them all individual notice under 18 U.S.C. § 3771.

4. The alternative victim notification methods suggested by the government are as follows:

    a. Using a portal on the web site operated by the Federal Bureau of Investigation ("FBI"), the government has set up a web page at that provides a general description and information about the action. This website address is: https://www.fbi.gov/resources/victim-assistance/seeking-victim-information/seeking-victims-in-the-subsys-medication-case. In addition, that website directs users to another site at https://subsys.ic3.gov/ for those who may

be victims. The site contains a brief questionnaire that will assist in the identification of potential victims.

b. The United States Attorney's Office for the District of Massachusetts ("USAO") maintains a website at https://www.justice.gov/usao-ma/united-states-v-michael-babich-alec-burlakoff-richard-simon-sunrise-lee-joseph-rowan-and. This website posts publicly available information about the case and redirects potential victims to the FBI website to enter basic information about their use and payment of the Fentanyl product.

c. Finally, the U.S. Department of Justice ("DOJ") will maintain a website at http://justice.gov/largecases/. This site will provide a summary of the case and will direct users to the USAO website for more information, such as the case status, the charging document and potentially other significant case related documents, that will be posted there.

d. The Government will issue one or more press releases informing the public about the USAO and DOJ websites.

e. Depending on the case event for which the government is trying to give notice, the government may try to develop a system in which it can send "blast emails" to those alleged victims for whom it has email addresses.

5. As noted above, at this stage it is impossible to identify each potential victim in this case and give that person or entity individualized notice of court proceedings and related events. The government submits that the procedures outlined above are a reasonable alternative to the standard requirements of 18 U.S.C. § 3771, and will give effect to the victim protection act without unduly complicating or prolonging the criminal proceedings.

WHEREFORE, the United States requests that the Court (a) find that the procedures listed in ¶ 4, above, are a reasonable means of satisfying the government's obligations under 18 U.S.C. § 3771, and (b) authorize the government to implement those procedures as alternative methods for notifying potential victims in this case.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: /s/ Susan M. Poswistilo
SUSAN M. POSWISTILO (BBO 565581)
K. NATHANIEL YEAGER (BBO 630992)
Assistant U.S. Attorneys
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3103
susan.poswistilo@usdoj.gov
nathaniel.yeager @usdoj.gov

Dated: April 27, 2017

### Certificate of Service

I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for Defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Susan M. Poswistilo*
Susan M. Poswistilo
Assistant U.S. Attorney

### Certification

I certify that I have conferred with counsel for Defendant Burlakoff on behalf of all Defendants in an attempt to resolve or narrow the issue.

/s/ *Susan M. Poswistilo*
Susan M. Poswistilo