UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 16-10343-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| (1) MICHAEL L. BABICH | ) | |
| (2) ALEC BURLAKOFF | ) | |
| (3) MICHAEL J. GURRY | ) | |
| (4) RICHARD M. SIMON | ) | |
| (5) SUNRISE LEE | ) | |
| (6) JOSEPH A. ROWAN | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MEMORANDUM PURSUANT TO L.R. 116.5(b)

The parties, through their respective counsel as set forth below, submit this Joint Memorandum pursuant to L.R. 116.5(b) regarding the interim status conference.

(1) Status of Automatic Discovery and Pending Discovery Requests

The United States produced automatic discovery to Defendants on February 2, 2017. The United States has since made supplemental disclosures, on March 6 and April 14, 2017.

The United States received Defendants' discovery request on May 5, 2017, to which it responded on June 5, 2017.

(2) Timing of Additional Discovery

The United States is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure. Accordingly, additional discovery will be provided by the United States to Defendants on June 9, 2017.

(3) <u>Timing of Additional Discovery Requests</u>

Defendants will make any additional discovery requests two weeks after receipt of any additional discovery.

(4) <u>Protective Orders</u>

The Court previously entered two protective orders (Docket Nos. 81 and 83). Additional Protective Orders are not anticipated.

(5) <u>Pretrial Motions under Fed. R. Crim. P. 12(b)</u>

Because the United States intends to supplement discovery, the parties request that Defendants be permitted to file pretrial motions under Fed. R. Crim. P. 12(b) after they have had an opportunity to review all discovery provided by the United States. The purpose of this request is to avoid, if possible, a series of motions to compel discovery.

(6) <u>Timing of Expert Witness Disclosures</u>

The parties are currently discussing a proposed schedule for the production of expert witness disclosures.

(7) <u>Defenses of Insanity, Public Authority or Alibi</u>

The parties would like to set dates after discovery is complete.

(8) <u>Periods of Excludable Delay</u>

To date, all time to June 15, 2017, has been excluded. The parties agree that the time from the Interim Status Conference until the next scheduled status conference should be excluded under the Speedy Trial Act.

(9) <u>The Status of Any Plea Discussions and Likelihood and Estimated Length of Trial</u>

At this point, the parties anticipate that all Defendants will go to trial. The United States anticipates needing approximately 10 weeks to present its case at trial.

(10) <u>The Timing of the Final Status Conference or any Further Interim Status Conference</u>

The parties request that an additional interim Status Conference be set in or about the week of July 24, 2017.

Respectfully submitted,

WILLIAM D. WEINREB
Acting U.S. Attorney

By:
/s/ K. Nathaniel Yeager
K. NATHANIEL YEAGER (630992)
SUSAN M. POSWISTILO (BBO #565581)
Assistant U.S. Attorneys
Office of the U.S. Attorney
John J. Moakley Federal Courthouse
One Courthouse Way, Ste. 9200
Boston, MA  02210
NY:    (617)748-3311
SMP:  (617) 748-3103
nathaniel.yeager@usdoj.gov
susan.poswistilo@usdoj.gov

| MICHAEL L. BABICH | ALEC BURLAKOFF |
|---|---|
| By: | By: |
| /s/ Wick Sollers | /s/ George W. Vien |
| Joseph Sedwick Sollers, III | George W. Vien |
| wsollers@kslaw.com | gwv@dcglaw.com |
| D.C. Bar No. 370886 | BBO No. 547741 |
| King & Spalding LLP | Peter E. Gelhaar |
| 1700 Pennsylvania Ave. NW | peg@dcglaw.com |
| Washington, D.C. 20006 | BBO No. 188310 |
| Telephone: (202) 737-0500 | Joshua N. Ruby |
| William H. Kettlewell | jnr@dcglaw.com |
| wkettlewell@collorallp.com | BBO No. 679113 |
| BBO No. 270320 | Donnelly, Conroy & Gelhaar, LLP |
| Collora LLP | 260 Franklin Street, Suite 1600 |
| 100 High Street | Boston, MA 02110 |
| Boston, MA 02110 | Telephone: (617) 720-2880 |
| Telephone: (617) 371-1037 | |

| | |
|---|---|
| MICHAEL J. GURRY<br>By:<br>/s/ Tracy A. Miner<br>Tracy A. Miner (BBO# 547137)<br>tminer@demeollp.com<br>Megan Siddall (BBO# 568979)<br>msiddall@demeollp.com<br>Demeo LLP<br>200 State Street<br>Boston, MA 02109<br>Telephone: 617-263-2600 | RICHARD M. SIMON<br>By:<br>s/ Steven A. Tyrrell<br>Steven A. Tyrrell<br>steven.tyrrell@weil.com<br>D.C. Bar. No. 998795<br>Patrick J. O'Toole, Jr.<br>Patrick.otoole@weil.com<br>BBO No. 559267<br>Weil, Gotshal & Manges LLP<br>1300 Eye Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 682-7213 |
| SUNRISE LEE<br>By:<br>/s/ Lee Stein<br>Lee Stein<br>lee@mitchellsteincarey.com<br>AZ Bar No. 012368<br>Mitchell Stein Carey PC<br>One Renaissance Square<br>2 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004<br>Telephone: (602) 358-0291<br>Peter E. Ball (BBO #546031)<br>Fitch Law Partners LLP<br>One Beacon Street<br>Boston, MA 02108<br>T: (617) 542-5542<br>F: (617) 542-1542<br>Email: peb@fitchlp.com | JOSEPH A. ROWAN<br>By:<br>/s/ Michael Kendall<br>Michael Kendall (BBO# 544866)<br>michael.kendall@whitecase.com<br>Alexandra Gliga (BBO# 694959)<br>alexandra.gliga@whitecase.com<br>White & Case, LLP<br>75 State Street<br>Boston, MA 02109<br>Telephone: 617-939-9310 |

## Certificate of Service

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

By: /s/ K. Nathaniel Yeager
K. NATHANIEL YEAGER
Assistant United States Attorney