JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __1__   Investigating Agency __FBI__

**City** __Boston__   **Related Case Information:**

**County** __Suffolk__   Superseding Ind./ Inf. __yes__   Case No. __16-10343-ADB__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __14mj7083-JCB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael L. Babich__   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) __Scottsdale, AZ__

Birth date (Yr only): __1976__   SSN (last4#): __6109__   Sex __M__   Race: __Caucasian__   Nationality: _____

Defense Counsel if known: __Joseph Sedwick Sollers, III__   Address __King & Spalding, LLP,__

**Bar Number** _____   __1700 Pennsylvania Ave.__
__Washington, D.C. 20006__

**U.S. Attorney Information:**

AUSA __K. Nathaniel Yeager and Susan M. Poswistilo__   Bar Number if applicable __630992 (NY) and 565581(SMP)__

Interpreter:   ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:   ☑ Yes  ☐ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __12/08/2016__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: __D. of AZ__   on __December 8, 2016__

Charging Document:   ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/24/2017__   Signature of AUSA: _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** MICHAEL L. BABICH

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 4 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 5 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 6 | 18/981(a)(1)(C) and 28/2461 | Mail and Wire Fraud Forfeiture | |
| Set 7 | 18 U.S.C. 982(a)(7) | Conspiracy to Violate the Anti-Kickback Law Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≽JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    **Category No.** 1    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. yes    Case No. 16-10343-ADB
Same Defendant x    New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number 14mj7083-JCB
R 20/R 40 from District of ___

**Defendant Information:**

**Defendant Name** Alec Burlakoff    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** ___

**Address** (City & State) Charlotte, NC

**Birth date (Yr only):** 1974    **SSN (last4#):** 7502    **Sex** M    **Race:** Caucasian    **Nationality:** ___

**Defense Counsel if known:** George Vien    **Address** Donnelly, Conroy & Gelhaar, LLP

**Bar Number** 547741    260 Franklin Street, Ste 1600
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA** K. Nathaniel Yeager and Susan M. Poswistilo    **Bar Number if applicable** 630992 (NY) and 565581(SMP)

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** 12/08/2016

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: W.D. N.C. on 12/08/2016

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/24/2017    **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   16-10343-ADB

**Name of Defendant**   ALEC BURLAKOFF

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 4 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 5 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 6 | 18/981(a)(1)(C) and 28/2461 | Mail and Wire Fraud Forfeiture | |
| Set 7 | 18 U.S.C. 982(a)(7) | Conspiracy to Violate the Anti-Kickback Law Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  **Category No.** 1   **Investigating Agency** FBI

**City** Boston   **Related Case Information:**

**County** Suffolk   Superseding Ind./ Inf. yes   Case No. 16-10343-ADB
Same Defendant x   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number  14mj7083-JCB
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Richard M. Simon   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address  (City & State) Seal Beach, CA

Birth date (Yr only): 1970   SSN (last4#): 0429   Sex M   Race: Caucasian   Nationality:

Defense Counsel if known:  Steven A. Tyrell   Address  Weil, Gotshal & Manges, LLP

Bar Number  DC Bar No 998795   1300 Eye St., NW, Ste. 900
Washington, DC 20005

**U.S. Attorney Information:**

AUSA  K. Nathaniel Yeager and Susan M. Poswistilo   Bar Number if applicable  630992 (NY) and 565581(SMP)

Interpreter: ☐ Yes ☑ No   List language and/or dialect:

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: USMJ Boal   on  01/27/2017

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/24/2017   Signature of AUSA: _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):   16-10343-ADB

**Name of Defendant**   RICHARD M. SIMON

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2   18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3   18 U.S.C. 1349 18 U.S.C. 371 | Wire Fraud Conspiracy | 3 |
| Set 4   18 U.S.C. 371 | Conspiracy to Violate Aniti-Kickback Law | 4 |
| Set 5   18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 6   18/981(a)(1)(C); 28/2461 | Mail and Wire Fraud Forfeiture | |
| Set 7   18 U.S.C. 982(a)(7) | Conspiracy to Violate the Anti-Kickback Law Forfeiture | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  Category No. __1__   Investigating Agency __FBI__

City __Boston__

County __Suffolk__

**Related Case Information:**

Superseding Ind./ Inf. __yes__   Case No. __16-10343-ADB__
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __14mj7083-JCB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael J. Gurry__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Scottsdale, AZ__

Birth date (Yr only): __1963__   SSN (last4#): __0437__   Sex __M__   Race: __Caucasian__   Nationality: _____

Defense Counsel if known: __Tracy A. Miner__   Address __Demeo LLP__

Bar Number __547137__   __200 State St.__
__Boston, MA 02109__

**U.S. Attorney Information:**

AUSA __K. Nathaniel Yeager and Susan M. Poswistilo__   Bar Number if applicable __630992 (NY) and 565581(SMP)__

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date __12/08/2016__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: __N.D. Ill.__   on __12/8/2016__

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony __4__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/24/2017__   Signature of AUSA: _/s/_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** MICHAEL J. GURRY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 4 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 5 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 6 | 18/981(a)(1)(C); 28/2461 | Mail and Wire Fraud Forfeiture | |
| Set 7 | 18 U.S.C. 982(a)(7) | 18 U.S.C. 982(a)(7) | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**  **Category No.** 1  **Investigating Agency** FBI

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. yes   Case No. 16-10343-ADB
Same Defendant x   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number 14mj7083-JCB
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Sunrise Lee   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Bryon Center MI

Birth date (Yr only): 1980   SSN (last4#): 4423   Sex F   Race: Unk   Nationality:

Defense Counsel if known: Lee Stein   Address: Mitchell Stein Carey PC

Bar Number: AZ Bar No. 012368   2 N. Central Ave., Ste. 1900
Phoenix, AZ 85004

**U.S. Attorney Information:**

AUSA: K. Nathaniel Yeager and Susan M. Poswistilo   Bar Number if applicable: 630992 (NY) and 565581(SMP)

Interpreter: ☐ Yes ☑ No   List language and/or dialect:

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☑ Yes ☐ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: 12/08/2016

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: W.D. AZ.   on 12/08/2016

Charging Document: ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts: ☐ Petty   ☐ Misdemeanor   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/24/2017   Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** SUNRISE LEE

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 4 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 5 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 6 | 18/981(a)(1)(C); 28/2461 | Mail and Wire Fraud Forfeiture | |
| Set 7 | 18 U.S.C. 982(a)(7) | Conspiracy to Violate Anti-Kickback Law Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** 1     **Investigating Agency** FBI

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.   yes     Case No. 16-10343-ADB
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   14mj7083-JCB
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** JOSEPH A. ROWAN     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Panama City, FL 32401

**Birth date (Yr only):** 1973   **SSN (last4#):** 2311   **Sex** M   **Race:** Caucasion   **Nationality:** _____

**Defense Counsel if known:** Michael Kendall     **Address** White & Case

**Bar Number** 544866     75 State Street
Boston, MA 02109

## U.S. Attorney Information:

**AUSA** K. Nathaniel Yeager and Susan M. Poswistilo     **Bar Number if applicable** 630992 (NY) and 565581(SMP)

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

## Location Status:

**Arrest Date** 12/08/2016

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: D. AZ on 12/08/2016

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/24/2017     **Signature of AUSA:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 16-10343-ADB

**Name of Defendant** JOSEPH A. ROWAN

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2  18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3  18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 4  18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 5  18 U.S.C. 1863 | Racketeering Forfeiture | |
| Set 6  18/981(a)(1)(C) and 28/2461 | Mail and Wire Fraud Forfeiture | |
| Set 7  18 U.S.C. 982(a)(7) | Conspiracy to Violate the Anti-Kickback Law Forfeiture | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**           Category No.  1           Investigating Agency   FBI

City   Boston

County   Suffolk

Related Case Information:

Superseding Ind./ Inf.   yes           Case No.   16-10343-ADB
Same Defendant _____   New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number   14mj7083-JCB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   John Kapoor           Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State)  Phoenix, AZ

Birth date (Yr only): 1943   SSN (last4#): 6892   Sex  M   Race: Caucasian   Nationality: _____

Defense Counsel if known:   Brian T. Kelly           Address   Nixon Peabody

Bar Number _____           100 Summer St.
                           Boston, MA  02110

**U.S. Attorney Information:**

AUSA   K. Nathaniel Yeager and Susan M. Poswistilo   Bar Number if applicable   630992 (NY) and 565581(SMP)

Interpreter:   ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:   ☑ Yes  ☐ No

☑ Warrant Requested           ☐ Regular Process           ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  10/24/2017           Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):    16-10343-ADB

**Name of Defendant**    JOHN KAPOOR

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1962(d) | Racketeering Conspiracy | 1 |
| Set 2 | 18 U.S.C. 1349 | Mail Fraud Conspiracy | 2 |
| Set 3 | 18 U.S.C. 1349 | Wire Fraud Conspiracy | 3 |
| Set 4 | 18 U.S.C. 371 | Conspiracy to Violate Anti-Kickback Law | 4 |
| Set 5 | 18 U.S.C. 1963 | Racketeering Forfeiture | |
| Set 6 | 18/981(a)(1)(C); 28/2461 | Mail and Wire Fraud Forfeiture | |
| Set 7 | 18 U.S.C. 982(a)(7) | Conspiracy to Violate Anti-Kickback Law Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**