AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>JOHN KAPOOR<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-10343-ADB |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_ **JOHN KAPOOR**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. sec.1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 1349 - conspiracy to commit wire fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Oct. 24, 2017

_Issuing officer's signature_

City and state: Boston, MA

MARIANNE B. BOWLER, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____ |
| _Arresting officer's signature_ |
| _Printed name and title_ |