AO 442 (Rev. 11/11) Arrest Warrant

10432877

FILED
IN CLERKS OFFICE

2017 NOV -3 PM 12: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
JOHN KAPOOR

Case No. 16-10343-ADB

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOHN KAPOOR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. sec.1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 1349 - conspiracy to commit wire fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Oct. 24, 2017

*Issuing officer's signature*

City and state: Boston, MA

MARIANNE B. BOWLER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

WARRANT EXECUTED BY FBI arizona
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 10/24/2017

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*